No. 84–1496. HAMPTON ROADS SHIPPING ASSN. *v.* INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 84–1497. RICELAND FOODS, INC. *v.* UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, AFL–CIO–CLC, LOCAL 2381, ET AL. C. A. 8th Cir. Certiorari denied. 

No. 84–1498. GOOD HOPE CHEMICAL CORPORATION CREDITORS' COMMITTEE *v.* KOERVER & LERSCH. C. A. 1st Cir. Certiorari denied. 

No. 84–1501. JOHN E. GREEN PLUMBING & HEATING CO., INC. *v.* TURNER CONSTRUCTION CO. C. A. 6th Cir. Certiorari denied. 

No. 84–1505. CHAMBERS *v.* HENDERSON, JUDGE OF THE DISTRICT COURT, OKLAHOMA COUNTY, OKLAHOMA. Dist. Ct. Oklahoma County, Okla. Certiorari denied.

No. 84–1507. CARDER *v.* VAN DE KAMP, ATTORNEY GENERAL OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 84–1514. GEORGIA *v.* FELKER. Ct. App. Ga. Certiorari denied. 

No. 84–1523. DUFFY *v.* CITY OF LONG BEACH. C. A. 9th Cir. Certiorari denied. 

No. 84–1547. ALPHA PORTLAND INDUSTRIES, INC., ET AL. *v.* ANDERSON ET AL. C. A. 8th Cir. Certiorari denied. 

No. 84–1562. SEGRERA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 84–1570. JOHNSON *v.* MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied. 

No. 84–1574. ADCOCK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 84–1575. THOMAS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 84–1585. COSMAN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.